Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 08 CV. 0441; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

$124,798.00 U.S. Currency (07-DEA-489124), which was seized from Basilio Alicea on June 21, 2007 at 520 East 156th Street, Apt. 3J, located in Bronx, NY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 24, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and copies of each served upon Assistant United States Attorney Anna Arreola, One St. Andrew's Plaza, New York, NY 10007, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,              :
                                       :
          Plaintiff,                   :    08 CIV. 0441 (PKC)
                                       :
     - v. -                            :
                                       :    DECLARATION OF PUBLICATION
$124,798.00 IN UNITED STATES           :
CURRENCY,                              :
                                       :
          Defendant-in-rem.            :
- - - - - - - - - - - - - - - - - x

     I, ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

     That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

     That attached to this declaration are (1) a true and correct copy of a notice of civil forfeiture in this action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 25, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated:   New York, New York
         March 31, 2008

                                        _____/s/_____
                                        ANNA E. ARREOLA